Michael N. Zachary (SBN 112479)
mzachary@bdiplaw.com
Nicholas S. Mancuso (SBN 271668)
nmancuso@bdiplaw.com
Hillary N. Bunsow (SBN 278719)
hillarybunsow@bdiplaw.com
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744

Attorneys for Plaintiff
*Larry G. Philpot*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY G PHILPOT,<br><br>Plaintiff,<br><br>v.<br><br>SEAWAVES TECHNOLOGY, LLC,<br><br>Defendant. | CASE NO. 2:18-cv-08005 JFW (RAOx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>JURY TRIAL DEMANDED |

NOTE CHANGES MADE BY COURT

# ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of a separate settlement agreement, Plaintiff Larry G. Philpot and Defendant SeaWaves Technology, LLC, through counsel, have stipulated to the dismissal with prejudice of this action.

Accordingly, this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated this 21st day of February 2019.

_____
United States District Judge
Judge John F. Walter